**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| KAREN WALLACE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:17-CV-1248 JMB |
| | ) |
| NICOLAS OSMER, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of plaintiff's pro se complaint. Plaintiff's motion for leave to proceed in forma pauperis is granted. The complaint is defective, however, because it has not been drafted on a Court-provided form. *See* Local Rule 2.06(A). Therefore, the Court will require plaintiff to file an amended complaint.

Plaintiff is warned that the filing of an amended complaint replaces the original complaint, and so she must include each and every one of her claims in the amended complaint. *E.g.*, *In re Wireless Telephone Federal Cost Recovery Fees Litigation*, 396 F.3d 922, 928 (8th Cir. 2005). Any claims from the original complaint that are not included in the amended complaint will be considered abandoned. *Id.* Plaintiff must allege how each and every defendant is directly responsible for the alleged harm. In order to sue defendants in their individual capacities, plaintiff must specifically say so in the complaint. If plaintiff fails to sue defendants in their individual capacities, this action may be subject to dismissal.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to mail to plaintiff a civil complaint form.

**IT IS FURTHER ORDERED** that plaintiff must file an amended complaint on the Court-provided form within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice.

Dated this 5th day of April, 2017.

*John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE